UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
              v.                  )
                                  )
                                  )
ROBIN SNOWDEN and                 )
PATRICIA BARKER                   )

# 13 CR 0445

Violations: Title 18, United
States Code, Sections
1029(a)(5), 1028A, and 2

JUDGE PALLMEYER
MAGISTRATE JUDGE KEYS

**COUNT ONE**

The SPECIAL SEPTEMBER 2012 GRAND JURY charges:

Beginning no later than on or about October 2008, and continuing to in or about

September 2009, at Aurora, in the Northern District of Illinois, Eastern Division, and

elsewhere,

ROBIN SNOWDEN,

defendant herein, knowingly and with intent to defraud, effected transactions with one

or more access devices issued to another person or persons, namely, a Fifth Third bank

account number in the name of Victim WH, to receive payment and any other thing of

value during that one-year period the aggregate value of which was greater than

$1,000, affecting interstate commerce;

In violation of Title 18, United States Code, Sections 1029(a)(5) and 2.

# FILED

MAY 2 3 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COUNT TWO

Beginning no later than on or about March 2009, and continuing to in or about February 2010, at Sauk Village, in the Northern District of Illinois, Eastern Division, and elsewhere,

### PATRICIA BARKER,

defendant herein, knowingly and with intent to defraud, effected transactions with one or more access devices issued to another person or persons, namely, a Fifth Third bank account number in the name of Victim WH, to receive payment and any other thing of value during that one-year period the aggregate value of which was greater than $1,000, affecting interstate commerce;

In violation of Title 18, United States Code, Sections 1029(a)(5).

2

## COUNT THREE

The SPECIAL SEPTEMBER 2012 GRAND JURY further charges:

On or about October 4, 2008, in the Northern District of Illinois, Eastern Division, and elsewhere,

### ROBIN SNOWDEN,

defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person, namely, the Fifth Third Bank account number of Victim WH, during and in relation to the access device fraud, as charged in Count One of this Indictment, knowing that the means of identification belonged to another person;

In violation of Title 18, United States Code, Section 1028A(a)(1).

3

## FORFEITURE ALLEGATION

The SPECIAL SEPTEMBER 2012 GRAND JURY further alleges:

1.    The allegations contained in this indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2), 981(a)(1)(C), and 1029(c)(1)(C), and Title 28, United States Code, Section 2461(c).

2.    As a result of their violations of Title 18, United States Code, Sections 1029(a)(5) and 1028A, as alleged in Counts One through Three of the foregoing indictment,

### ROBIN SNOWDEN and
### PATRICIA BARKER,

defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2), 981(a)(1)(C), and 1029(c)(1)(C), and Title 28, United States Code, Section 2461(c), any and all right, title and interest in property, real and personal, which constitutes and is derived from proceeds traceable to the charged offenses.

3.    The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2), 981(a)(1)(C), and 1029(c)(1)(C), and Title 28, United States Code, Section 2461(c), include, but are not limited to, approximately $137,963.33.

4.    If any of the property subject to forfeiture and described above, as a result of any act or omission of the defendants:

4

(a) Cannot be located upon the exercise of due diligence;

(b) Has been transferred or sold to, or deposited with, a third party;

(c) Has been placed beyond the jurisdiction of the Court;

(d) Has been substantially diminished in value; or

(e) Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 982(a)(2), 981(a)(1)(C), and 1029(c)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY

5